Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRAVIS BEAVER,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | 3:11-CV-00719-BR<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $9,609.25 pursuant to 42 U.S.C. § 406(b). Upon payment of the 406(b) fees, plaintiff's attorney will refund the previously awarded $5,962.80 EAJA fee to Plaintiff

Dated this 22nd day of april, 2013.

_____
Anna Brown
United States District Court Judge